```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                            8/3/2023

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY:     bm          DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 23-MJ-3894 |
| Plaintiff, ) | ORDER AFTER HEARING |
| vs. ) | HELD PURSUANT |
| Mark Delacruz, ) | TO 18 U.S.C. § 3148 (B) |
| Defendant. ) | (Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge ___Sarah Lioi/Northern Dist. Ohio___, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

    (A)   ( )   that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)   ( x )   that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: not using drugs (marijuana), looking at unauthorized website about defeating

   location monitoring_____

   _____

      and

(2)

 (A)  ( )  that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

 (B)  ( )  that the defendant is unlikely to abide by any condition or combination of conditions of release.

   and/or, in the event of (1) (A)

(3)  ( )  that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

   or

(4)  ( x )  that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions.  <u>See</u> separate order setting conditions.

   ( )  This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

   or

2

C.

( )   IT IS ORDERED that the defendant be detained prior to trial.

DATED: 8/3/2023

*[signature: Jean Rosenbluth]*

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE